HAROLD H. WHITFORD, Respondent, *v.* ANNA U. WHITFORD, Appellant.

Submitted February 24, 1941; decided March 4, 1941.

*James P. Kalteux, Patrick J. Tuffy* and *Emmet L. Holbrook* for motion.

*Charles Ward Brown* opposed.

Motion dismissed on the ground that the motion for leave to appeal was made too late in the Appellate Division.